Parks Abrahamson and James Owen Abrahamson) for writ of certiorari to the North Carolina Court of Appeals denied 11 March 1993.

SEXTON v. CRESCENT LAND & TIMBER CORP.

No. 52P93

Case below: 108 N.C.App. 568

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 11 March 1993.

STATE v. ABSHER

No. 13PA93

Case below: 108 N.C.App. 356

Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 allowed 11 March 1993.

STATE v. BONNER

No. 423P92

Case below: 108 N.C.App. 353

Motion by the Attorney General to dismiss appeal for lack of substantial constitutional question allowed 11 March 1993. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 11 March 1993. Temporary stay dissolved 18 March 1993.

STATE v. BRUNO

No. 46P93

Case below: 108 N.C.App. 401

Motion by the Attorney General to dismiss appeal for lack of substantial constitutional question allowed 11 March 1993. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 11 March 1993.